Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H.H. CHING          2896
SHEREE KON-HERRERA         6927
DARA S. NAKAGAWA           10972
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 533-4300
whc@fmhc-law.com; skh@fmhc-law.com; dsn@fmhc-law.com

Attorneys for Defendants
PETER KLINT MARTIN; PETER KLINT MARTIN
REVOCABLE TRUST; HOPE BUILDERS LLC nka
HOPE BUILDERS INC.; KAUAULA LAND COMPANY LLC;
KIPA CENTENNIAL, LLC; WAINEE LAND & HOMES,
LLC; WEST MAUI LAND COMPANY, INC.; MAKILA
RANCHES INC.; MAKILA LAND CO., LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MONICA I. EDER; REDE S. EDER; BRUCE BAUM; SHERYL LYNN MARTIN; PATRICE CARLTON; MONA CHERRY; CLUB SPORTWEAR, INC. dba KAIALOHA SUPPLY; TERESA COLEMAN; LINDA BETHELL DONOVAN TRUST; LINDA BETHELL DONOVAN; CANDICE FAUST; PETER FAUST; KAILI FAUST; DAVID HEYMES; TOMMY KNAPP; KRONSER TRUST; PAUL KRONSER; KRISTI LYNN KRONSER; JENNIFER LYNN MCNAMEE; RANDALL EUGENE MCNAMEE; CHARLENE MEDEIROS; | CIVIL NO. CV 23-0459 JAO-WRP<br><br>DEFENDANTS PETER KLINT MARTIN; PETER KLINT MARTIN REVOCABLE TRUST; HOPE BUILDERS LLC nka HOPE BUILDERS INC.; KAUAULA LAND COMPANY LLC; KIPA CENTENNIAL, LLC; WAINEE LAND & HOMES, LLC; WEST MAUI LAND COMPANY, INC.; MAKILA RANCHES INC.; MAKILA LAND CO., LLC'S ANSWER TO SECOND AMENDED COMPLAINT, FILED |

1

CHARLOTTE MEDEIROS; ERIC
MCCUMBER; JONATHAN MELIKIDSE;
CHRISTY MELIKIDSE; ROSE
O'LEARY; STEVEN DAVID POTTER;
TIMOTHY PUTNAM; LORRI
ROBUSTO; WILLIAM ROBUSTO;
KATHRYN SAY; AYDIN SAY;
STARDUST HAWAI'I dba SEGWAY
MAUI; MARTY STEVENSON;
CONSTANCE
STEVENSON; KAORU TANABE;
ROLLAND WILLIAMS, JR.; and
JENNIFER WISEMAN, Individually and
in Their Representative Capacities and on
Behalf of a Class and Subclasses of All
Persons Similarly Situated,

                Plaintiffs,

    vs.

MAUI ELECTRIC COMPANY,
LIMITED; HAWAIIAN ELECTRIC
COMPANY, INC.; HAWAII ELECTRIC
LIGHT COMPANY, INC.; HAWAIIAN
ELECTRIC INDUSTRIES, INC.;
COUNTY OF MAUI; HAWAIIAN
TELCOM; HAWAIIAN
TELECOMMUNICATIONS, INC.;
HAWAIIAN TELCOM, INC.;
SPECTRUM OCEANIC, LLC;
CHARTER COMMUNICATIONS
HOLDING COMPANY, LLC; CHARTER
COMMUNICATIONS HOLDING, LLC;
CHARTER COMMUNICATIONS, LLC;
CHARTER COMMUNICATIONS
OPERATING, LLC; TRUSTEES OF THE
ESTATE OF BERNICE PAUAHI
BISHOP; PETER KLINT MARTIN;
PETER KLINT MARTIN REVOCABLE

OCTOBER 13, 2023 [Dkt. 171];
CERTIFICATE OF SERVICE

2

TRUST; HOPE BUILDERS HOLDING
LLC; HOPE BUILDERS INC.; HOPE
BUILDERS LLC; KAUAULA LAND
COMPANY LLC; KIPA CENTENNIAL,
LLC; DOUGLAS POSELEY; DONNA
ANNE POSELEY; JAMES C. RILEY
TRUST; JEANNE A. RILEY TRUST;
WAINEE LAND & HOMES, LLC;
WEST MAUI LAND COMPANY, INC.;
MAKILA RANCHES INC.; MAKILA
LAND CO., LLC; MAKILA RANCHES
HOMEOWNERS ASSOCIATION, INC.;
JV ENTERPRISES, LLC; STATE OF
HAWAI‘I; HAWAII HOUSING
FINANCE AND DEVELOPMENT
CORPORATION; HAWAI‘I;
DEPARTMENT OF LAND AND
NATURAL RESOURCES; DOE
POWER UTILITIES, 1–10; DOE
TELECOMMUNICATIONS, 1–10; DOE
PRIVATE LANDOWNERS, 1–10; and
DOE STATE LANDOWNERS, 1–10,

                    Defendants.

---

DEFENDANTS PETER KLINT MARTIN; PETER KLINT
MARTIN REVOCABLE TRUST; HOPE BUILDERS LLC nka HOPE
BUILDERS INC.; KAUAULA LAND COMPANY LLC; KIPA CENTENNIAL,
LLC; WAINEE LAND & HOMES, LLC; WEST MAUI LAND COMPANY,
INC.; MAKILA RANCHES INC.; MAKILA LAND CO., LLC'S ANSWER TO
SECOND AMENDED COMPLAINT, FILED OCTOBER 13, 2023 [Dkt. 171]

Defendants PETER KLINT MARTIN, PETER KLINT MARTIN

REVOCABLE TRUST, HOPE BUILDERS LLC nka HOPE BUILDERS INC.;

KAUAULA LAND COMPANY LLC; KIPA CENTENNIAL, LLC, WAINEE

LAND & HOMES, LLC, WEST MAUI LAND COMPANY, INC., MAKILA

RANCHES INC., and MAKILA LAND CO., LLC (collectively, "West Maui Land Defendants"), by and through their attorneys, Fukunaga Matayoshi Ching & Kon-Herrera, LLP, for an Answer to Plaintiffs MONICA I. EDER; REDE S. EDER; BRUCE BAUM; SHERYL LYNN MARTIN; PATRICE CARLTON; MONA CHERRY; CLUB SPORTWEAR, INC. dba KAIALOHA SUPPLY; TERESA COLEMAN; LINDA BETHELL DONOVAN TRUST; LINDA BETHELL DONOVAN; CANDICE FAUST; PETER FAUST; KAILI FAUST; DAVID HEYMES; TOMMY KNAPP; KRONSER TRUST; PAUL KRONSER; KRISTI LYNN KRONSER; JENNIFER LYNN MCNAMEE; RANDALL EUGENE MCNAMEE; CHARLENE MEDEIROS; CHARLOTTE MEDEIROS; ERIC MCCUMBER; JONATHAN MELIKIDSE; CHRISTY MELIKIDSE; ROSE O'LEARY; STEVEN DAVID POTTER; TIMOTHY PUTNAM; LORRI ROBUSTO; WILLIAM ROBUSTO; KATHRYN SAY; AYDIN SAY; STARDUST HAWAI'I dba SEGWAY MAUI; MARTY STEVENSON; CONSTANCE STEVENSON; KAORU TANABE; ROLLAND WILLIAMS, JR.; and JENNIFER WISEMAN, Individually and in Their Representative Capacities and on Behalf of a Class and Subclasses of All Persons Similarly Situated (collectively, "Plaintiffs"), Second Amended Complaint, filed October 13, 2023 [Dkt. 171] ("Complaint") allege and aver as follows:

<u>FIRST DEFENSE</u>

1.      The Complaint fails to state a claim against West Maui Land Defendants upon which relief can be granted.

2.      West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint, and therefore, deny the allegations in said paragraph and leave Plaintiffs to their proof.  West Maui Land Defendants also deny that Plaintiffs have standing to bring their claims on behalf of a class.

3.      In response to paragraph 2 of the Complaint, West Maui Land Defendants deny that Plaintiffs have standing to bring their claims on behalf of a class.

4.      West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 3, 4 and 5 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

5.      In response to paragraph 6 of the Complaint, West Maui Land Defendants deny the allegations that pertain to West Maui Land Defendants.  To the extent said paragraph is also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraph, and therefore, deny the

allegations and leave Plaintiffs to their proof.

6.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint, and therefore, deny the allegations in said paragraph and leave Plaintiffs to their proof.

7.     In response to paragraph 8 of the Complaint, West Maui Land Defendants deny the allegations that pertain to West Maui Land Defendants.  To the extent said paragraph is also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraph, and therefore, deny the allegations and leave Plaintiffs to their proof.

8.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42 and 43 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

9.     Paragraph 44 of the Complaint has no allegations and no response is required.

10.     West Maui Land Defendants are without knowledge or

information sufficient to form a belief as to the truth of the allegations in paragraphs 45, 46, 47 and 48 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

11.     Paragraph 49 of the Complaint has no allegations and no response is required.

12.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the Complaint, and therefore, deny the allegations in said paragraph and leave Plaintiffs to their proof.

13.     In response to paragraph 51 of the Complaint, West Maui Land Defendants deny they were negligent to the extent they owned, developed, and/or managed land in and/or adjacent to Lahaina.  To the extent said paragraph is also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraph, and therefore, deny the allegations and leave Plaintiffs to their proof.

14.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 52 and 53 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

15.    Paragraph 54 of the Complaint has no allegations and no response is required.

16.    West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 55, 56, 57 and 58 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

17.    Paragraph 59 of the Complaint has no allegations and no response is required.

18.    West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 of the Complaint, and therefore, deny the allegations in said paragraph and leave Plaintiffs to their proof.

19.    Paragraph 61 of the Complaint has no allegations and no response is required.

20.    In response to paragraphs 62 and 63 of the Complaint, West Maui Land Defendants admit that jurisdiction is proper based on the allegations in the Complaint.

21.    In response to paragraph 64 of the Complaint, West Maui Land Defendants deny that venue is proper based on the allegations in the Complaint.

22.    West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94 and 95 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

23.    In response to paragraphs 65 and 96 of the Complaint, West Maui Land Defendants deny the allegations that pertain to West Maui Land Defendants.  To the extent said paragraph is also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraph, and therefore, deny the allegations and leave Plaintiffs to their proof.

24.    West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97 of the Complaint, and therefore, deny the allegations in said paragraph and leave Plaintiffs to their proof.

25.    In response to paragraphs 98, 99 and 100 of the Complaint, West Maui Land Defendants deny the allegations that pertain to West Maui Land Defendants.  To the extent said paragraphs are also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraphs, and

therefore, deny the allegations and leave Plaintiffs to their proof.

26.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 101, 102, 103, 104, 105, 106 and 107 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

27.     In response to paragraph 108 of the Complaint, West Maui Land Defendants deny the allegations that pertain to West Maui Land Defendants. To the extent said paragraph is also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraph, and therefore, deny the allegations and leave Plaintiffs to their proof.

28.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129 and 130 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

29.     In response to paragraph 131 of the Complaint, West Maui Land Defendants deny the allegations that pertain to West Maui Land Defendants. To the extent said paragraph is also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to

the truth of the remaining allegations in said paragraph, and therefore, deny the allegations and leave Plaintiffs to their proof.

30.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 132 and 133 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

31.     In response to paragraph 134 of the Complaint, West Maui Land Defendants deny any wrongful conduct on their parts.  To the extent said paragraph is also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraph, and therefore, deny the allegations and leave Plaintiffs to their proof.

32.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146 and 147 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

33.     West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148 of the Complaint, and therefore, deny the allegations in said paragraph and

leave Plaintiffs to their proof.

34.    West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 149, 150 and 151 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

35.    In response to paragraphs 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 161.a – 161.ww., 162, 163, 164, 165, 166, 167 and 168 of the Complaint, West Maui Land Defendants deny that Plaintiff have standing to bring their claims on behalf of a class and deny the allegations that pertain to West Maui Land Defendants.

36.    In response to paragraph 169 of the Complaint, West Maui Land Defendants reallege and incorporate by reference their answers to the allegations contained in paragraphs 1-168.

37.    West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 170, 170.a. – 170.m., 171, 172, 173, 174, 175, 176, 176.a. – 176.c., 177, 178, 179, 180 and 181 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

38.    In response to paragraphs 182, 182.a. – 182.d. of the Complaint, West Maui Land Defendants deny the allegations that pertain to West

Maui Land Defendants. To the extent said paragraphs are also alleged as to other

parties, West Maui Land Defendants are without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations in said

paragraphs, and therefore, deny the allegations and leave Plaintiffs to their proof.

      39.    West Maui Land Defendants deny the allegations in paragraphs

183, 184, 185, 186 and 187 of the Complaint.

      40.    In response to paragraph 188 of the Complaint, West Maui

Land Defendants reallege and incorporate by reference their answers to the

allegations contained in paragraphs 1-187.

      41.    West Maui Land Defendants are without knowledge or

information sufficient to form a belief as to the truth of the allegations in

paragraphs 189, 189.a. – 189.m., 190, 191, 192, 193, 194, 195, 196, 197, 198, 199,

200, 201, 202, 203, 203.a.-203.c., 204, 205, 206, 207, 208, 209 and 210 of the

Complaint, and therefore, deny the allegations in said paragraphs and leave

Plaintiffs to their proof.

      42.    In response to paragraphs 211, 211a. – 211.d, 212, 213, 214,

215, 216, 217 and 218 of the Complaint, West Maui Land Defendants deny the

allegations that pertain to West Maui Land Defendants. To the extent said

paragraphs are also alleged as to other parties, West Maui Land Defendants are

without knowledge or information sufficient to form a belief as to the truth of the

remaining allegations in said paragraphs, and therefore, deny the allegations and leave Plaintiffs to their proof.

43. West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234 and 235 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

44. In response to paragraph 236 of the Complaint, West Maui Land Defendants reallege and incorporate by reference their answers to the allegations contained in paragraphs 1-235.

45. West Maui Land Defendants deny the allegations in paragraph 237 of the Complaint, including those calling for factual or legal conclusions.

46. West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265 and 266 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

47. In response to paragraphs 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281 and 282 of the Complaint, West Maui Land

14

Defendants deny the allegations that pertain to West Maui Land Defendants.  To the extent said paragraph is also alleged as to other parties, West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in said paragraphs, and therefore, deny the allegations and leave Plaintiffs to their proof.

48.    In response to paragraph 283, West Maui Land Defendants reallege and incorporate by reference their answers to the allegations contained in paragraphs 1-282.

49.    West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297 and 298 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their proof.

50.    In response to paragraph 299 of the Complaint, West Maui Land Defendants reallege and incorporate by reference their answers to the allegations contained in paragraphs 1-298.

51.    West Maui Land Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 300, 301, 302, 303, 304, 305, 306, 307, 308 and 309 of the Complaint, and therefore, deny the allegations in said paragraphs and leave Plaintiffs to their

proof.

52.    In response to paragraph 310 of the Complaint, West Maui

Land Defendants reallege and incorporate by reference their answers to the

allegations contained in paragraphs 1-309.

53.    West Maui Land Defendants are without knowledge or

information sufficient to form a belief as to the truth of the allegations in

paragraphs 311, 312 and 313 of the Complaint, and therefore, deny the allegations

in said paragraphs and leave Plaintiffs to their proof.

54.    In response to paragraphs 314 and 315 of the Complaint, West

Maui Land Defendants deny the allegations that pertain to West Maui Land

Defendants.  To the extent said paragraphs are also alleged as to other parties,

West Maui Land Defendants are without knowledge or information sufficient to

form a belief as to the truth of the remaining allegations in said paragraphs, and

therefore, deny the allegations and leave Plaintiffs to their proof.

55.    West Maui Land Defendants are without knowledge or

information sufficient to form a belief as to the truth of the allegations in paragraph

316 of the Complaint, and therefore, deny the allegations in said paragraph and

leave Plaintiffs to their proof.

56.    West Maui Land Defendants deny any and all allegations of the

Complaint not specifically admitted above.

PRAYER FOR RELIEF

57.     In response to Plaintiffs' Prayer for Relief (including subparagraphs 1-11), West Maui Land Defendants deny that Plaintiffs are entitled to any such relief.

THIRD DEFENSE

58.     If Plaintiffs suffered any of the injuries or damages as alleged in the Complaint, Plaintiffs assumed the risk of such damages and such voluntary assumption of risk was the proximate or legal cause of such damages.

FOURTH DEFENSE

59.     If Plaintiffs suffered any of the injuries or damages as alleged in the Complaint, West Maui Land Defendants did not cause or contribute to the August 8, 2023 wildfire that started in or near Lahaina town (the "Incident") and spread to adjacent properties.

FIFTH DEFENSE

60.     If Plaintiffs suffered any of the injuries or damages as alleged in the Complaint, West Maui Land Defendants were not aware of any unreasonably dangerous condition where the Incident occurred.

SIXTH DEFENSE

61.     Plaintiffs' alleged injuries or damages were caused in whole or in part by persons or parties over whom West Maui Land Defendants had no legal

17

control or responsibility.

SEVENTH DEFENSE

62.    There was no peculiar risk of harm that was caused, created, or contributed to by West Maui Land Defendants' alleged acts or omissions.

EIGHTH DEFENSE

63.    If Plaintiffs suffered any of the injuries or damages as alleged in their Complaint, there was no known foreseeable risk of harm.

NINTH DEFENSE

64.    If Plaintiffs suffered any of the injuries or damages as alleged in their Complaint, such injuries or damages were caused in whole or in part or were contributed to by the negligence of Plaintiffs or others.

TENTH DEFENSE

65.    If Plaintiffs suffered any of the injuries or damages as alleged in their Complaint, such injuries or damages were cause in whole or in part by the comparative negligence or other fault of Plaintiffs and any recovery is barred or reduced by the percentage share of Plaintiffs' comparative negligence.

ELEVENTH DEFENSE

66.    West Maui Land Defendants affirmatively allege that Plaintiffs' claims, in whole or in part, are barred by the equitable doctrines of waiver, estoppel, laches and/or unclean hands.

TWELFTH DEFENSE

      67.    Plaintiffs have failed to mitigate their damages.

THIRTEENTH DEFENSE

      68.    If Plaintiffs suffered any of the injuries or damages as alleged in their Complaint, West Maui Land Defendants owed no duty to Plaintiffs nor was any duty breached by the West Maui Land Defendants.

FOURTEENTH DEFENSE

      69.    The Complaint fails to state facts sufficient to support a claim for punitive or exemplary damages against West Maui Land Defendants.

FIFTEENTH DEFENSE

      70.    Insofar as Plaintiffs seek recovery of punitive damages, Plaintiffs' claims are barred by the provisions of the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution and Article 1, Sections 5, 8 and 12 of the Hawai`i Constitution for one or more of the following reasons:

      a)    Hawai`i law fails to provide adequate notice of the conduct that will subject a defendant to punitive damages.

      b)    Hawai`i law fails to provide a defendant with adequate notice of the severity of the penalty that may be imposed in the form of punitive damages.

      c)    Hawai`i law permits the imposition of grossly excessive penalties in the form of punitive damages.

d)    Hawai`i law fails to provide meaningful and appropriate review of punitive damage awards by trial and appellate courts and fails to provide for appropriate *de novo* review of such awards under the clear and convincing standard.

e)    Notwithstanding the fact that punitive damages are quasi-criminal in nature, Hawai`i law fails to require proof beyond a reasonable doubt and a verdict by a unanimous jury as a condition to the imposition of punitive damages.

f)    Hawai`i law improperly permits the assessment and measure of punitive damages to be based, in significant part, upon the wealth of the defendant.

g)    Plaintiffs' claim for punitive damages cannot be sustained to the extent it seeks to punish West Maui Land Defendants for alleged harm to non-parties or persons who are not before the Court because the imposition of punitive damages under such circumstances would violate West Maui Land Defendants' procedural and substantive due process rights and equal protection rights under the Fifth and Fourteenth Amendments to the United States Constitution and West Maui Land Defendants' due process and equal protection rights under Article I, section 5 of the Hawai`i Constitution, and would be improper under the common law and public policies of the United States of America, including the State of Hawai`i.

SIXTEENTH DEFENSE

71.     To the extent Plaintiffs seek exemplary or punitive damages,

West Maui Land Defendants specifically incorporates by reference all standards

and/or limitations regarding the determination and enforceability of punitive

damage awards that arise in the decisions of *BMW of North America v. Gore*, 517

U.S. 559 (1996), *Cooper Industries, Inc. v. Leatherman Tool Group, Inc.*, 532 U.S.

424 (2001), and *State Farm Mut. Auto. Ins. Co. v. Campbell*, 123 S. Ct. 1513,

1519, 1521 (2003).

SEVENTEENTH DEFENSE

72.     No alleged acts or omissions of West Maui Land Defendants

were malicious, willful, wanton, reckless, in conscious disregard of safety, or

grossly negligent and therefore, any award of punitive damages is barred as a

matter of public policy against West Maui Land Defendants.

EIGHTEENTH DEFENSE

73.     If Plaintiffs incurred any damages as alleged in their Complaint,

such damages were caused by an act of God or by natural and unavoidable causes

or conditions beyond the control of West Maui Land Defendants.

NINETEENTH DEFENSE

74.     If the Incident was caused in whole or in part by failure of a

defective product or products (including but not limited to a design defect,

21

manufacturing defects and/or failure to warn), such product or products were not designed, manufactured, distributed or sold by West Maui Land Defendants, but rather were designed, manufactured, distributed and sold by persons or parties over whom West Maui Land Defendants had no legal control or responsibility.

TWENTIETH DEFENSE

75.    If Plaintiffs incurred any damages as alleged in their Complaint, such damages were the result of conditions, incidents and/or injuries that predated and/or postdated the Incident and for which West Maui Land Defendants bear no liability.  If Plaintiffs incurred any such damages, such damages are subject to apportionment.

TWENTY-FIRST DEFENSE

76.    Some or all of Plaintiffs lack standing to assert the claims in the Complaint.

TWENTY-SECOND DEFENSE

77.    Plaintiffs have failed to name or join necessary and/or indispensable parties.

TWENTY-THIRD DEFENSE

78.    West Maui Land Defendants have complied with all applicable laws, regulations, and/or rules and such compliance demonstrates that due care and reasonable prudence were exercised and met or exceeded the community standard

of care.

TWENTY-FOURTH DEFENSE

79.    West Maui Land Defendants give notice that they assert or may assert other defenses and other matters constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the Hawaii Rules of Civil Procedure, and will seek leave to amend their answer to assert such defenses of which they may become aware of during the course of further investigation, discovery or trial in this matter.

WHEREFORE, WEST MAUI LAND DEFENDANTS pray for relief as follows:

1.    That Plaintiffs' Complaint against West Maui Land Defendants be dismissed with prejudice and that West Maui Land Defendants be awarded their reasonable attorneys' fees and costs.

2.    That the Court award West Maui Land Defendants such other and further relief as it deems just and equitable in the premises.

Dated:  Honolulu, Hawaii, November 17, 2023.

/s/ Wesley H. H. Ching
WESLEY H. H. CHING
SHEREE KON-HERRERA
DARA S. NAKAGAWA
Attorneys for Defendants
PETER KLINT MARTIN, PETER KLINT
MARTIN REVOCABLE TRUST, HOPE
BUILDERS LLC nka HOPE BUILDERS
INC.; KAUAULA LAND COMPANY LLC,
KIPA CENTENNIAL, LLC; WAINEE
LAND & HOMES, LLC, WEST MAUI
LAND COMPANY, INC., MAKILA
RANCHES INC.; MAKILA LAND CO.,
LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MONICA I. EDER; REDE S. EDER; BRUCE BAUM; SHERYL LYNN MARTIN; PATRICE CARLTON; MONA CHERRY; CLUB SPORTWEAR, INC. dba KAIALOHA SUPPLY; TERESA COLEMAN; LINDA BETHELL DONOVAN TRUST; LINDA BETHELL DONOVAN; CANDICE FAUST; PETER FAUST; KAILI FAUST; DAVID HEYMES; TOMMY KNAPP; KRONSER TRUST; PAUL KRONSER; KRISTI LYNN KRONSER; JENNIFER LYNN MCNAMEE; RANDALL EUGENE MCNAMEE; CHARLENE MEDEIROS; CHARLOTTE MEDEIROS; ERIC MCCUMBER; JONATHAN MELIKIDSE; CHRISTY MELIKIDSE; ROSE O'LEARY; STEVEN DAVID POTTER; TIMOTHY PUTNAM; LORRI ROBUSTO; WILLIAM ROBUSTO; KATHRYN SAY; AYDIN SAY; STARDUST HAWAI'I dba SEGWAY MAUI; MARTY STEVENSON; CONSTANCE STEVENSON; KAORU TANABE; ROLLAND WILLIAMS, JR.; and JENNIFER WISEMAN, Individually and in Their Representative Capacities and on Behalf of a Class and Subclasses of All Persons Similarly Situated, | CIVIL NO. CV 23-0459 JAO-WRP<br><br>CERTIFICATE OF SERVICE |
|           Plaintiffs,<br>  vs. | |

1

MAUI ELECTRIC COMPANY,
LIMITED; HAWAIIAN ELECTRIC
COMPANY, INC.; HAWAII ELECTRIC
LIGHT COMPANY, INC.; HAWAIIAN
ELECTRIC INDUSTRIES, INC.;
COUNTY OF MAUI; HAWAIIAN
TELCOM; HAWAIIAN
TELECOMMUNICATIONS, INC.;
HAWAIIAN TELCOM, INC.;
SPECTRUM OCEANIC, LLC;
CHARTER COMMUNICATIONS
HOLDING COMPANY, LLC; CHARTER
COMMUNICATIONS HOLDING, LLC;
CHARTER COMMUNICATIONS, LLC;
CHARTER COMMUNICATIONS
OPERATING, LLC; TRUSTEES OF THE
ESTATE OF BERNICE PAUAHI
BISHOP; PETER KLINT MARTIN;
PETER KLINT MARTIN REVOCABLE
TRUST; HOPE BUILDERS HOLDING
LLC; HOPE BUILDERS INC.; HOPE
BUILDERS LLC; KAUAULA LAND
COMPANY LLC; KIPA CENTENNIAL,
LLC; DOUGLAS POSELEY; DONNA
ANNE POSELEY; JAMES C. RILEY
TRUST; JEANNE A. RILEY TRUST;
WAINEE LAND & HOMES, LLC;
WEST MAUI LAND COMPANY, INC.;
MAKILA RANCHES INC.; MAKILA
LAND CO., LLC; MAKILA RANCHES
HOMEOWNERS ASSOCIATION, INC.;
JV ENTERPRISES, LLC; STATE OF
HAWAIʻI; HAWAII HOUSING
FINANCE AND DEVELOPMENT
CORPORATION; HAWAIʻI;
DEPARTMENT OF LAND AND
NATURAL RESOURCES; DOE
POWER UTILITIES, 1–10; DOE
TELECOMMUNICATIONS, 1–10; DOE

2

PRIVATE LANDOWNERS, 1–10; and
DOE STATE LANDOWNERS, 1–10,

                    Defendants.

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served

upon the following at their last known email address electronically through

CM/ECF on November 17, 2023.

| | |
|---|---|
| Graham B. Lippsmith | g@lippsmith.com |
| Marybeth Lippsmith | mb@lippsmith.com |
| Jaclyn L. Anderson | jla@lippsmith.com |
| Celene Chan Andrews | cca@lippsmith.com |
| Lippsmith LLP | |
| 55 Merchant Street, Suite 1850 | |
| Honolulu, Hawaii  96813 | |

Attorneys for Plaintiffs

| | |
|---|---|
| Joachim P. Cox | jcox@cfhawaii.com |
| Randall C. Whattoff | rwhattoff@cfhawaii.com |
| Cox Fricke LLP | |
| 800 Bethel Street, Suite 600 | |
| Honolulu, Hawaii  96813 | |

Attorneys for Defendants
MAUI ELECTRIC COMPANY, LIMITED,
HAWAIIAN ELECTRIC COMPANY, INC.,
HAWAII ELECTRIC LIGHT COMPANY, INC. and
HAWAIIAN ELECTRIC INDUSTRIES, INC.

3

David J. Minkin                         djminkin@m4law.com
Jordan K. Inafuku                       jinafuku@m4law.com
Sara M. Hayden                          smh@m4law.com
Kamrie J. Koi                           kjk@m4law.com
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

 and

Thomas Walter Kolbe                     thomas.kolbe@co.maui.hi.us
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793

Attorneys for Defendant
COUNTY OF MAUI

Gregory K. Markham                      gmarkham@cheemarkham.com
Keith K. Kato                           kkato@cheemarkham.com
Chee Markham & Kato
2700 American Savings Bank
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
SPECTRUM OCEANIC, LLC

Eric H. Tsugawa                         etsugawa@hilaw.us
Alan K. Lau                             alau@hilaw.us
Tedson H. Koja                          tkoja@hilaw.us
Tsugawa Lau & Muzzi LLLC
55 Merchant Street, Suite 3000
Honolulu, Hawaii 96813

Attorneys for Defendants
HAWAIIAN TELCOM, HAWAII TELECOMMUNICATIONS,
INC. AND HAWAIIAN TELCOM, INC.

4

Amanda Jane Weston                    amanda.j.weston@hawaii.gov
Deputy Attorney General
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813

   and

Steven Edward Tom                     Stom@caselombardi.com
Michael L. Lam                        mlam@caselombardi.com
Case Lombardi
Mauka Tower, Pacific Guardian Center
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813

Attorneys for Defendant
STATE OF HAWAII

Paul Alston                           paul.alston@dentons.com
Nickolas A. Kacprowski                nickolas.kacprowski@dentons.com
Nathan P. Shimodoi                    Nathan.shimodoi@dentons.com
Dentons US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawaii  96813-3689

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP

Ralph J. O'Neill                      ralphneill@macdonaldrudy.com
Matthew A. Hemme                      matthemme@macdonaldrudy.com
Joseph F. Kotowski                    jkotowski@macdonaldrudy.com
MacDonald Rudy O'Neill & Yamauchi, LLP
1001 Bishop Street, Suite 2800
Honolulu, Hawaii  96813

Attorneys for Defendant
MAKILA RANCHES HOMEOWNERS
ASSOCIATION, INC.

5

Dated:  Honolulu, Hawaii, November 17, 2023.

       /s/ Wesley H. H. Ching
WESLEY H. H. CHING
SHEREE KON-HERRERA
DARA S. NAKAGAWA
Attorneys for Defendant
PETER KLINT MARTIN; PETER KLINT MARTIN
REVOCABLE TRUST; HOPE BUILDERS LLC nka
HOPE BUILDERS INC.; KAUAULA LAND
COMPANY LLC; KIPA CENTENNIAL, LLC; WAINEE
LAND & HOMES, LLC; WEST MAUI LAND
COMPANY, INC.; MAKILA RANCHES INC.;
MAKILA LAND CO., LLC