IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MONICA I. EDER, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>MAUI ELECTRIC COMPANY, LIMITED, ET AL.<br><br>Defendants. | Civ. NO. 23-00459 JAO-BMK<br><br>ORDER OF RECUSAL |

ORDER OF RECUSAL

To avoid any appearance of impropriety, conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. This matter is returned to the Clerk's Office for reassignment to another Magistrate Judge.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 27, 2024.



Barry M. Kurren
United States Magistrate Judge

Eder, et al. v. Maui Electric Company, Limited, et al.; Civ. No. 23-00459 JAO-BMK; ORDER OF RECUSAL.